UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-174-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| FRANK TYLER VALME | |

This matter is before the Court on Defendant's Motion for ruling on the lone objection to the pre-sentence report ("PSR"). For good cause shown, the Court sustains the objection and orders that the United States Probation Office modify the PSR to reflect that Mr. Valme dropped out of the United Blood Nation in 2013.

SO ORDERED.

This the ____ day of November, 2018.

TERRENCE W. BOYLE
Chief United States District Judge